**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    Earl Dietrich, Ian Knight, J.J. Leal, Shannon McLeod, and Frontier MWD Systems, LLC v. Weatherford International, LLC and Weatherford, U.S., L.P.

Appellate case number:    01-19-00556-CV

Trial court case number:    2019-25169

Trial court:    61st District Court of Harris County

On October 17, 2019, the Clerk of this Court issued notice of intent to dismiss this accelerated appeal for lack of jurisdiction. Appellants, Earl Dietrich, Ian Knight, J.J. Leal, Shannon McLeod, and Frontier MWD Systems, LLC, satisfactorily responded that they timely filed their notice of appeal on Monday following the 20-day deadline that fell on a Sunday. *See* TEX. R. APP. P. 26.1(b), 4.1(a).

The Court **directs** the Clerk of this Court to place this appeal on the accelerated appeal docket. *See* TEX. R. APP. P. 28.1, 38.6.

It is so ORDERED.


Judge's signature:   /s/  Evelyn V. Keyes                                    
            ☑ Acting individually    ☐ Acting for the Court


Date:    October 31, 2019